UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JOSE HERRERA-RAMOS,<br><br>Plaintiff,<br><br>v.<br><br>JOHN THICH, et al.,<br><br>Defendants. | Case No.  25-cv-01366-BLF   (RMI)<br><br>**ORDER ON SETTLEMENT CONFERENCE MOTIONS**<br><br>Re: Dkt. Nos. 49, 50, 54, 56 |

Pending before the court are Plaintiff's motions related to the upcoming settlement conference. Plaintiff first requested that the court either appoint a non-CDCR affiliated translator for the settlement conference or allow a friend of his housed in the same facility to act as translator. (Dkt. 49.) A few days later, another filing from Plaintiff was docketed containing a letter written in Spanish and a signed declaration by the person housed in the same facility that Plaintiff had requested to have as translator. (Dkt. 50.) Plaintiff then filed a "Motion for Ruling on Settlement Conference Motions and for Equal and Unbiased Treatment," requesting that the court rule on the previously filed motions to appoint a translator and expressing frustration that Defendants' request to continue the settlement conference had been granted more quickly. (Dkt. 54.) Finally, Plaintiff filed another motion requesting that the court give priority consideration to his prior motions. (Dkt. 56.)

This court does not have resources to appoint translators for settlement conferences. The pending Motions to Appoint Translator (Dkts. 49 & 50) are DENIED, and the Motions for Ruling on the Motions (Dkts. 54 & 56) are DENIED as moot. Plaintiff's concerns about settlement conference logistics and accommodations may be taken up at the settlement conference.

**IT IS SO ORDERED.**

Dated: July 6, 2026

_____

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California